IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| DIRECTSTREAM, LLC, | ) Bankr. Case No. 20-10534-MFW |
| | ) Bankr. BAP No. 26-0025 |
| Debtor. | ) |
| _____ | ) |
| DENIS A. KRUSOS, | ) |
| | ) Civil Action No. 26-503-CFC |
| Appellant, | ) |
| v. | ) |
| | ) |
| DON A. BESKRONE, | ) |
| As Chapter 7 Trustee, | ) |
| | ) |
| Appellee. | ) |

## ORDER

At Wilmington on this ___ 9th ___ day of July in 2026, having received a

recommendation from Magistrate Judge Christopher J. Burke that this case be

withdrawn from the mandatory referral for mediation and proceed through the

appellate process of this court (D.I. 8);

It is HEREBY ORDERED that the recommendation is accepted and briefing

on this bankruptcy appeal shall proceed in accordance with the following schedule:

1.   Appellant's Opening Brief shall be filed on or before **August 10,**

**2026.**

2.   Appellee's Answering Brief shall be filed on or before **September 9,**

**2026**.

3.     Appellant's Reply Brief shall be filed on or before **September 24,**

**2026**.


_____
Chief Judge

2